

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2015

No. 04-15-00015-CR

Robert Alan **QUEEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 2063-CR
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on August 12, 2015. The State's first motion for extension of time was granted, extending the deadline for filing the brief to September 11, 2015. On September 11, 2015, the State filed a motion requesting an additional extension of time to file the brief until October 12, 2015, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by October 12, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2015.

Keith E. Hottle
Clerk of Court